DEFENDANT: JAMAR BERNARD WOODY
CASE NUMBER: DVAW705CR000110-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty Seven (27) Months. Should the defendant receive a custody sentence by the Commonwealth of Virginia related to any of the same facts leading to these violations, the court will allow Six (6) months of this time to run concurrent with any state sentence imposed and the balance to run consecutively.

☐ The court makes the following recommendations to the Bureau of Prisons:

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2014

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____ on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 5-21-2014 to FCI Beckley
a Beaver, WV, with a certified copy of this judgment.

Mark Collins, Acting
UNITED STATES MARSHAL

By D. Trump SCS
DEPUTY UNITED STATES MARSHAL