FILED: January 13, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4365
(7:05-cr-00110-GEC-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JAMAR BERNARD WOODY

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered December 22, 2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*